1  BILL LOCKYER
      Attorney General of the State of California
2  THEODORA BERGER
      Senior Assistant Attorney General
3  TIMOTHY E. SULLIVAN (Cal. Bar No. 197054)
      Deputy Attorney General
4  1515 Clay Street, 20th Floor
   P.O. Box 70550
5  Oakland, CA 94612-0550
   Telephone: (510) 622-2100
6  Facsimile:  (510) 622-2270
   E-mail:     Timothy.Sullivan@doj.ca.gov
7
   Attorneys for Plaintiff CALIFORNIA DEPARTMENT
8  OF TOXIC SUBSTANCES CONTROL

9

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12

13  CALIFORNIA DEPARTMENT OF TOXIC        Case No.: CIV. F-02-6137 OWW SMS
    SUBSTANCES CONTROL,
14                                        **STIPULATION AND  ORDER**
                              Plaintiff,  **MODIFYING SCHEDULING**
15                                        **CONFERENCE ORDER**
16              v.

17  TRI-AIR, INC., et al.,

18                              Defendants,

19

20       1.      Whereas, the following progress has been made in investigating the site since the

21  last Scheduling Conference on March 8, 2006:  The Department of Toxic Substances Control

22  ("DTSC") completed its review the Risk Assessment prepared by consultants for defendants Tri-

23  Air, Inc. and Charles Robinson ("Tri-Air") and provided written comments.  The Regional Water

24  Quality Control Board was also provided a copy of the Risk Assessment and it requested

25  additional testing in order to characterize the site, including testing off-site for migration of

26  contaminants.  This led to meetings between Tri-Air's consultants, DTSC, and the Regional

27  Water Quality Control Board in August 2006 and October 2006 to plan for the next stages of the

28

1    remedial investigation.  In November 2006 Tri-Air's consultant submitted its "Work Plan for

2    Additional Remedial Investigation and Feasibility Study of Groundwater" to DTSC.  The work

3    plan proposed that further groundwater samples be taken, including some samples on adjoining

4    properties.  DTSC approved the work plan, with modifications, in early December.

5           2.      Whereas, the following site investigation activities are anticipated for the future:

6    Field work for the additional Remedial Investigation is scheduled to begin in mid-December

7    2006.  After the data specified in the Remedial Investigation work plan is collected and

8    evaluated, the work plan states that a Feasibility Study of remedial alternatives will be prepared.

9    The parties anticipate that a draft Feasibility Study will be submitted to DTSC in April 2007,

10   with the goal that a final Feasibility Study will be completed in the summer of 2007.  The

11   Feasibility Study will identify and propose the cost-effective remedy.  DTSC will then review the

12   remedial options and select a proposed remedy.  At that point the parties expect to have a clear

13   idea of what the cost will be to deal with the contamination at the site.

14          3.      Whereas, the parties believe that evaluation of the remediation alternatives will

15   provide crucial information for settlement purposes, because it will allow the parties to determine

16   how much it will cost to clean up the site or impose any other necessary controls on site

17   contamination, and parties further believe that settlement of this case is unlikely until the cost

18   of the remedial options is known;

19          4.      Whereas, the parties wish to avoid litigation expenses that could be avoided

20   altogether by holding settlement talks at the appropriate time, after the remedial options are

21   known, and instead prefer that their resources be expended on the on-site scientific investigation

22   of the contamination and evaluation of remediation alternatives;

23          5.      Plaintiff DTSC, defendants Tri-Air, Inc., Charles Robinson, and Robert Nash, and

24   cross-defendant Jerry McDonald hereby stipulate that the dates contained in the Court's March 9,

25   2006, Scheduling Conference Order are modified as follows:

26          Written Disclosure of Expert Witnesses        April 1, 2008

27          Supplemental Expert Disclosures               May 1, 2008

28

---

| | |
|---|---|
| Discovery Cut-Off | June 2, 2008 |
| Settlement Conference Date | June 12, 2008, 10:00 a.m., Ctrm. 7 |
| Non-Dispositive Motion Filing Deadline | June 13, 2008 |
| Dispositive Motion Filing Deadline | July 7, 2008 |
| Pre-Trial Conference Date | September 15, 2008, 11:00 a.m., Ctrm. 3 |
| Trial Date | October 21, 2008, 9:00 a.m., Ctrm. 3 |

6.     Except for the dates modified above, the March 9, 2006, Scheduling Conference Order remains in effect.

7.     The parties further request that a Scheduling Conference be set in this matter in approximately six months, at which time the parties will discuss with the Court the current litigation deadlines and the ongoing environmental investigation at the property and how they affect the possibility of settlement.


Dated: _____

                                        _____
                                        BILL LOCKYER, Attorney General
                                        THEODORA BERGER
                                          Senior Assistant Attorney General
                                        TIMOTHY E. SULLIVAN
                                          Deputy Attorney General
                                        Attorneys for California Department of Toxic
                                        Substances Control


Dated: _____

                                        _____
                                        GARY M. FACHIN
                                        LAW OFFICES OF GARY M. FACHIN
                                        Attorneys for Tri-Air, Inc. and Charles Robinson


Dated: _____

                                        _____
                                        MICHAEL L. RENBERG
                                        Parichan, Renberg, Crossman & Harvey Law
                                        Corporation
                                        Attorneys for Robert Nash

---

Stipulation and [Proposed] Order Modifying Scheduling Conference Order                    No.: CIV. F-02-6137 OWW SMS

1

2    Dated: _____

3                                              _____
                                              LEE N. SMITH
4                                              Stoel Rives LLP
                                              Attorneys for Jerry McDonald
5

6    IT IS SO ORDERED.

7    **Dated:    January 5, 2007**              _____/s/ Oliver W. Wanger_____
8    emm0d6                                     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order Modifying Scheduling Conference Order          No.: CIV. F-02-6137 OWW SMS