Gary M. Fachin, #065740
GARY M. FACHIN
ATTORNEY AT LAW
2001 22nd Street, Suite 110
Bakersfield, CA  93301
(661) 328-0363
(661) 328-9732 (FAX)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,<br>    Plaintiff,<br>  vs.<br>TRI-AIR, INC., a California corporation; CHARLES ROBINSON, an individual; and ROBERT NASH, an individual,<br>    Defendants. | Case No. 1:02-cv-06137 OWW SMS<br><br>**STIPULATION RE SCHEDULING**<br><br>**FOLLOWING FIRST MEDIATION**<br><br>**CONFERENCE ON MAY 7, 2008 ;** |
| CHARLES ROBINSON,<br>    Cross-claimant,<br>vs.<br>JERRY McDONALD and ROBERT NASH,<br>    Cross-defendants. | **ORDER** |
| JERRY McDONALD,<br>    Counter/Cross-Claimant,<br>vs.<br>CHARLES ROBINSON, ROBERT NASH, TRI-AIR, INC., and ROES 1-X,<br>    Cross-defendants. | |

　　1. WHEREAS, the Tri-Air facility located in Firebaugh, California, Assessors Parcel Number (APN) 008-230-02S ("Tri-Air Facility") is the subject of this action;

　　2. WHEREAS, the Tri-Air Facility has been the subject of site assessments by the following entities: CALEPA (1982); Department of Toxic Substances Control ("DTSC") (1982); Twining

1

PDF created with pdfFactory trial version www.pdffactory.com

Laboratories, Inc. (1985); SSB Environmental Consultants, Inc. (1992); and Geomatrix (1997, 2005, 2008).

    3.   WHEREAS, the Tri-Air Facility has been the subject of a Human Health Risk Assessment (Geomatrix, 2005).

    4.   WHEREAS, it is now appropriate to evaluate the feasibility of remediation alternatives for the site; and that Tri-Air's consultants have advised that bioremediation is a potential alternative at this site, subject to a pilot study; and that such pilot study from initiating preparation of a work plan through completion of the study is expected to require a period of one year.

    5.   WHEREAS, the parties participated in a First Mediation Conference in front of Judge Sandra M. Snyder on May 7, 2008; and that at such conference the parties discussed the performance of such bioremediation pilot study.

    6.   WHEREAS, the parties believe that evaluation of the remediation alternatives will provide crucial information for settlement purposes, because it will assist the parties in determining the potential costs of cleanup of the Tri-Air Facility site, and the parties further believe that settlement of this case is unlikely until the cost of the remedial options is known;

    7.   WHEREAS, the parties wish to avoid litigation expenses that could be avoided altogether by holding settlement talks at the appropriate time, after the remedial options are known.

    NOW, THEREFORE, Plaintiff DTSC, defendants TRI-AIR, INC., CHARLES ROBINSON, and ROBERT NASH, and cross-defendant JERRY MCDONALD HEREBY STIPULATE TO THE FOLLOWING:

PDF created with pdfFactory trial version www.pdffactory.com

a.   Subject to the following, all scheduled dates are vacated; case progress will be monitored by status conferences as described below.

b.   A case status conference will be held in front of Judge Sandra M. Snyder at 9:15 a.m. on August 14, 2008, for the purpose of, *inter alia*, determining approval status of a work plan for performance of the bioremediation study; appearances may be by conference call.

c.   A subsequent status conference will be held in front of Judge Sandra M. Snyder at 9:15 a.m. on October 16, 2008, for the purpose of, *inter alia*, determining implementation status of the bioremediation study; appearances may be by conference call.

d.   Future calendaring will be taken up at the aforesaid and future status conferences.

Dated:   5/19/2008              /s/ Tim Sullivan
                                EDMUND G. BROWN JR.
                                Attorney General
                                KEN ALEX
                                Senior Assistant Attorney General
                                TIMOTHY E. SULLIVAN
                                Deputy Attorney General
                                Attorneys for California
                                Department of Toxic Substances
                                Control

Dated:   6/3/2008               /s/ Gary M. Fachin
                                GARY M. FACHIN
                                LAW OFFICES OF GARY M. FACHIN
                                Attorneys for Tri-Air, Inc. and
                                Charles Robinson

PDF created with pdfFactory trial version www.pdffactory.com

```
Dated:    5/19/2008              /s/ Michael Renberg
                                MICHAEL L. RENBERG
                                Parichan, Renberg, Crossman &
                                Harvey Law Corporation
                                Attorneys for Robert Nash


Dated:    5/20/2008              /s/ Lee Smith
                                LEE N. SMITH
                                Stoel Rives LLP
                                Attorneys for Jerry McDonald



DATED:    6/5/2008


IT IS SO ORDERED.


     /s/ Sandra M. Snyder
Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE
```

4

PDF created with pdfFactory trial version www.pdffactory.com