IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL, | ) ) ) | 1:02-cv-06137-OWW-SMS |
| Plaintiff, | ) ) | **ORDER GRANTING RESUMPTION OF MEDIATION SESSIONS** (Doc. 79) |
| vs. | ) ) | |
| TRI-AIR, INC.; CHARLES ROBINSON; and ROBERT NASH, | ) ) ) | Monetary relief demands exchanged by: 4/15/11 |
| Defendants. | ) ) ) | Telephonic Conference re: mediation logistics: 4/28/11, 2:00pm, Ctrm. 7/**SMS** |

Confidential Mediation
Statements due by: 5/20/11

First Mediation Session:
5/31/11, 10:00am, Ctrm. 7/**SMS**

Second Mediation Session:
7/28/11, 10:00am, Ctrm. 7/**SMS**

This matter came on regularly for a telephonic status conference on February 17, 2011 at 2:00 p.m. before the Honorable Sandra M. Snyder, United States Magistrate Judge. Deputy Attorney General Timothy E. Sullivan appeared telephonically on behalf of plaintiff. Gary M. Fachin, Esq., appeared telephonically on behalf of defendants, Tri-Air, Inc., and Charles Robinson. Michael L.

1

Renberg, Esq., of Parichan, Renberg, Crossman & Harvey appeared telephonically on behalf of defendant, Robert Nash.  Lee N. Smith, Esq., of Stoel Rives, LLP, appeared telephonically on behalf of Jerry McDonald.

Pursuant to the parties' Joint Status Report/Conference Statement (Doc. 79), proposing that the mediation sessions that were suspended in May 2008 (or, rather, vacated on May 7, 2008 (Doc. 58)), due to the implementation of the Tri-Air site bioremediation pilot study, be resumed, the following is HEREBY ORDERED:

| Event | Date/Time | Misc. |
|---|---|---|
| Monetary relief demands exchange | 4/15/11 | by, between, and among the parties |
| Conference call re: mediation logistics | 4/28/11 2:00 p.m. Judge Snyder | Mr. Sullivan to initiate |
| Confidential Mediation Statements | 5/20/11 | either via e-mail to smsorders@caed.uscourts.gov *depending* on number of pages, exhibits, etc., or via U.S. mail, properly tabbed, fastened, and clearly and prominently indicating thereon: **"DO NOT FILE – FOR CHAMBERS ONLY"** |
| First Mediation Session | 5/31/11 10:00 a.m. Ctrm. 7/SMS | representatives of relevant insurers must be personally present |
| Second Mediation Session | 7/28/11 10:00 a.m. Ctrm. 7/SMS | representatives of relevant insurers must be personally present |

The foregoing represents the best estimate of counsel and the Court as to the agenda most suitable to bring this case back to mediation.  The mediation dates reserved are specifically reserved for this case.  If the parties determine at any time that the

2

1  schedule outlined herein cannot be met, counsel are ORDERED to

2  notify the Court *immediately* so that adjustments may be made,

3  either by stipulation establishing good cause or by subsequent

4  status conference.

5      **FAILURE TO COMPLY WITH THIS ORDER COULD RESULT IN THE**

6  **IMPOSITION OF SANCTIONS.**

7

8

9  IT IS SO ORDERED.

10  Dated:  February 25, 2011          /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28