| | |
|---|---|
| 1 | KAMALA D. HARRIS, State Bar No. 146672 |
|   | Attorney General of California |
| 2 | JANILL L. RICHARDS, State Bar No. 173817 |
|   | Supervising Deputy Attorney General |
| 3 | TIMOTHY E. SULLIVAN, State Bar No. 197054 |
|   | Deputy Attorney General |
| 4 | 1515 Clay Street, 20th Floor |
|   | P.O. Box 70550 |
| 5 | Oakland, CA  94612-0550 |
|   | Telephone:  (510) 622-4038 |
| 6 | Fax:  (510) 622-2270 |
|   | E-mail:  Timothy.Sullivan@doj.ca.gov |
| 7 | *Attorneys for Plaintiff Department of Toxic Substances Control* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL,** | Case No. 1:02-cv-06137 OWW SMS |
| Plaintiff, | **STIPULATION AND  ORDER RESCHEDULING FIRST MEDIATION SESSION** |
| v. | |
| **TRI-AIR, INC.; CHARLES ROBINSON; and ROBERT NASH,** | |
| Defendants. | |

This Stipulation and [Proposed] Order Rescheduling First Mediation Session is submitted jointly by plaintiff California Department of Toxic Substances Control ("DTSC"), defendants Tri-Air, Inc., Charles Robinson, and Robert Nash, and third-party defendant Jerry McDonald (collectively the "Parties").

On February 25, 2011, U.S. Magistrate Judge Sandra M. Snyder issued the "Order Granting Resumption of Mediation Sessions."  With the agreement of the Parties, that Order set the First Mediation Session for May 31, 2011.  Subsequent to the issuance of the Order, however, the Parties learned that attendance at the mediation session for some insurance company

1

representatives would be complicated by the preceding Memorial Day weekend. After meeting and conferring on alternative dates for the First Mediation Session and consulting with Judge Snyder's chambers as to her availability, the Parties HEREBY STIPULATE THAT:

1. The First Mediation Session is rescheduled from May 31, 2011, to <u>June 15, 2011</u>, 10:00 a.m., in Courtroom 7;

2. The date by which Confidential Mediation Statements must be submitted is changed from Mary 20, 2011, to <u>June 7, 2011</u>; and

3. In all other respects the February 25, 2011, "Order Granting Resumption of Mediation Sessions" remains unchanged.

Dated:  April <u>13</u>, 2011

KAMALA D. HARRIS
Attorney General of California
JANILL RICHARDS
Supervising Deputy Attorney General

　/s/ Timothy E. Sullivan

TIMOTHY E. SULLIVAN
Deputy Attorney General
*Attorneys for California Department of Toxic Substances Control*

Dated: April <u>13</u>, 2011

LAW OFFICES OF GARY M. FACHIN

　/s/ Gary M. Fachin

GARY M. FACHIN
*Attorneys for Tri-Air, Inc. and Charles Robinson*

Dated:  April <u>13 </u>, 2011

PARICHAN, RENBERG, CROSSMAN & HARVEY LAW CORPORATION

　/s/ Michael L. Renberg

MICHAEL L. RENBERG
*Attorneys for Robert Nash*

Dated: April 13, 2011

STOEL RIVES LLP

/s/ Lee N. Smith

LEE N. SMITH
*Attorneys for Jerry McDonald*

IT IS SO ORDERED.

Dated:  April 18, 2011              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE