UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA DEPT. OF TOXIC
SUBSTANCES CONTROL,

               Plaintiff,

    vs.

TRI-AIR, INC., et al.,

               Defendants.

_____/

CASE NO. CV F 02-6137 LJO SMS

**ORDER AFTER SETTLEMENT**
(Doc. 88.)

     Settlement was reached at the July 28, 2011 settlement conference, however, papers to dismiss this action have not been filed. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than October 25, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

     Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules160 and 272.

IT IS SO ORDERED.

**Dated:   October 5, 2011**          _____/s/ Lawrence J. O'Neill_____
                                 UNITED STATES DISTRICT JUDGE